UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**DONOVAN TYRONE MONROE**     **CIVIL ACTION NO. 09-1478**

**VERSUS**     **JUDGE HAIK**

**ARIES MARINE CORP.**     **MAGISTRATE JUDGE HANNA**

*MEMORANDUM RULING*

Before the court is Aries Marine Corporation's Motion to Compel Medical Evaluation by Dr. Robert Davis, Neuropsychiatrist (Rec. Doc. 93).[1]  Oral argument was held on December 8, 2010. In the motion Aries seeks to have the plaintiff compelled to undergo two days of unspecified neuropsychologic testing with an unidentified psychometrist in Baton Rouge albeit under the supervision of Dr. Davis.

Plaintiff suffered an injury to his lower extremity for which he underwent two surgical procedures. He prayed for damages for mental anguish, past and future, in his petition, which alone is not sufficient to compel a mental medical examination under jurisprudence interpreting Fed. R. Civ. P. Rule 35.  However, plaintiff has begun treatment for depression with psychologist Dr. Warren Lowe who is also listed as a witness for plaintiff.

Therefore, the undersigned finds plaintiff's mental condition is in controversy under Fed. R. Civ. P. Rule 35(a)(1).  However, defendant did not submit a proper order,

---

[1] Dr. Davis was later accurately identified as a neuropsychologist, not a neuropsychiatrist.

as it did not "specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Fed. R. Civ. P. Rule 35(a)(2)(B). Further, to the extent Dr. Davis intended to conduct two days of unspecified tests, the undersigned finds that to be unreasonable under the facts and circumstances of this case where there is no claim of a traumatic brain injury, rather, the evidence submitted to the undersigned is that plaintiff is being treated for depression which he attributes to the uncertainties associated with his physical injury.

Therefore, for these reasons, and the reasons given at oral argument,

**IT IS ORDERED** that Aries Marine Corporation's Motion to Compel Medical Evaluation by Dr. Robert Davis, Neuropsychiatrist (Rec. Doc. 93) is **DENIED**.

Lafayette, Louisiana, this 8th day of December, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)